Ruth Eisenstein et al., appellants, v. Otto J. Erwin et al., appellees. Gen. No. 8,742.

Opinion filed June 15, 1934.
Large & Reno, for appellants. Solomonson & Solomonson, for appellees.
Mr. Justice Dove delivered the opinion of the court.

## THIRD DISTRICT.

The Wichita Flour Mills Company, trading as The Willis Norton Company, plaintiff in error, v. Oscar Shawver, defendant in error. Gen. No. 8,824.

Opinion filed June 15, 1934.
Harvey Gross, for plaintiff in error; Glen A. Wisdom, of counsel. Carson M. Purdunn and Samuel M. Scholfield, for defendant in error.
Mr. Justice Davis delivered the opinion of the court.

E. J. Fleischli, appellee, v. Railway Express Agency, appellant. Gen. No. 8,827.

Opinion filed June 15, 1934.
Graham & Graham, for appellant; A. M. Hartung, of counsel. Oscar J. Putting, for appellee.
Mr. Justice Davis delivered the opinion of the court.

Crawford B. Murton, appellant, v. Ernest Humphrey and L. N. Rolle, trading as Springfield Fruit Supply Company, appellees. Gen. No. 8,831.

Opinion filed June 15, 1934.
Geo. P. Coutrakon and Gillespie, Burke & Gillespie, for appellant. Michael Eckstein, for appellees.
Mr. Justice Davis delivered the opinion of the court.